```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28006
   CHRISTOPHER D BEASLEY
   MICHELLE R BEASLEY                       CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6879    SSN XXX-XX-1983
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/17/08 .

   2.  The case was converted to Chapter 7 without confirmation, 01/20/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI AUTO | SECURED VEHIC | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DAVID K BARHYDT | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOODS | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HUNTER WARFIELD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |

```
US DEPT OF EDUCATION      UNSECURED      NOT FILED              .00           .00
VILLAGE OF DOWNERS GROVE UNSECURED      NOT FILED              .00           .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00         .00           .00
PRINCIPAL PAID        .00         .00          .00         .00           .00
INTEREST PAID         .00         .00          .00         .00           .00
TOTAL PAID            .00         .00          .00         .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $         .00 and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 28006 CHRISTOPHER D BEASLEY & MICHELLE R BEASLEY